UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | |
| KATIE C. STANLEY | Case Number: 7:09-CR-0275  (GHL) |

<u>Lionel Hector, Esq.</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

<u>XX</u> guilty __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: APRIL 3, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $255.00, payable no later than August 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

<u>July 8, 2009</u>
Date of Imposition of Sentence

<u>July 9, 2009</u>
DATE SIGNED

*George H. Lowe* (signature)
George H. Lowe
United States Magistrate Judge